

**Entered on Docket**
**July 07, 2010**

_Bruce A. Markell_
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
*Attorney for Debtors*

**PIET & WRIGHT**
**ATTORNEYS AT LAW**
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
Telephone: (702) 566-1212
Facsimile: (702) 566-4833

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

DAVENPORT, LEO AND

DAVENPORT, GLENDA,

Debtors.

CASE NO.: BK-S-10-13281-BAM
IN CHAPTER 11 PROCEEDINGS

Hearing Date:  June 22, 2010
Hearing Time: 11:00 a.m.

## <u>ORDER ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD</u>

THIS MATTER having come on for hearing on the 22nd day of June 2010, and

based upon the papers and pleadings herein, the Motion to Withdraw as Attorney of

record, with AIMEE PULLEY, ESQ. for the law firm of PIET & WRIGHT, and LEO

DAVENPORT appearing, the oral arguments of counsel, and good cause appearing;

THE COURT HEREBY ORDERS that the Motion to Withdraw as Attorney of Record filed by CHARLES T. WRIGHT, ESQ. of the law firm of PIET & WRIGHT is hereby granted.

IT IS FURTHER ORDERED that Debtors' Motion for Sanction and Movant's Application for Compensation will be heard on July 27, 2010 at 10:00 a.m.

IT IS SO ORDERED.

DATED this 6th day of July, 2010.

By: /s/ Charles T. Wright
CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
3130 S. Rainbow Blvd. Ste. 304
Las Vegas, NV 89146
*Attorney for Debtors*

## **ALTERNATIVE METHOD re: RULE 9021:**

In accordance with LR 9021, counsel submitting this document certifies as follows:

(   )  The Court waived the requirement of approval under LR 9021.

(   )  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

( X )  This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

(   )  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Emailed Leo Davenport on 6/25/2010 – No response received

PIET & WRIGHT
ATTORNEYS AT LAW
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
Telephone: (702) 566-1212
Facsimile: (702) 566-4833