

**Entered on Docket
April 04, 2011**

Hon. Bruce A. Markell
United States Bankruptcy Judge

GORDON E. BYWATER, ESQ.
Nevada Bar No. 00168
gbywater@sgblawfirm.com
DAVID A. STEPHENS, ESQ.
Nevada Bar No. 00902
dstephens@sgblawfirm.com
STEPHENS, GOURLEY & BYWATER
3636 North Rancho Drive
Las Vegas, Nevada 89130
Telephone: (702) 656-2355
Facsimile: (702) 656-2776
Attorneys for Meadows Bank

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-S-10-13281-BAM |
| | Chapter 11 proceedings |
| LEO DAVENPORT AND | |
| GLENDA DAVENPORT, | |
| | Date: March 22, 2011 |
| Debtors. | Time: 9:00 a.m. |

### ORDER GRANTING MEADOWS BANK'S MOTION TO DISMISS OR ALTERNATIVELY TO CONVERT

The Motion to Dismiss or Alternatively to Convert ("Motion") filed by Secured Creditor Meadows Bank ("Bank"), Docket No. 115, came for hearing before this Court on March 22, 2011 at 9:00 a.m., the Honorable Bruce A. Markell presiding. Appearing at the hearing were the

-1-

following: Gordon E. Bywater, Esq. of Stephens, Gourley & Bywater, on behalf of Bank; Janet Trost, Esq., on behalf of Debtors; and Allyson Noto, Esq. of Sylvester & Polednak, on behalf of Secured Creditor Fred Ross.

Notice of Motion having been properly served in accordance with applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, the Court having considered the Motion, appearances, and argument made by counsel, makes this Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Bank's Motion to Dismiss is hereby granted and that Debtors' above-entitled Chapter 11 Bankruptcy case, is hereby dismissed.

Submitted by:

STEPHENS, GOURLEY & BYWATER

GORDON E. BYWATER, ESQ.
Nevada Bar No. 00168
DAVID A. STEPHENS, ESQ.
Nevada Bar No. 00902
3636 North Rancho Drive
Las Vegas, Nevada 89130
Attorneys for Meadows Bank

JANET TROST, ESQ.
6881-B W. Charleston Blvd.
Las Vegas, Nevada 89117

By: _____
JANET TROST, ESQ.
Nevada Bar No. 04072
Attorney for Debtors

-2-

```
 1  SYLVESTER & POLEDNAK, LTD.
    7371 Prairie Falcon, #120
 2  Las Vegas, Nevada 89128
 3
 4  By: _____
          ALLYSON NOTO, ESQ.
 5        Nevada Bar No. 08286
          Attorney for Secured Creditor
 6        Fred Ross
 7
 8  U.S. TRUSTEE – LV – 11
    300 Las Vegas Blvd., South, Ste. 4300
 9  Las Vegas, Nevada 89101
10
11  By: _____
12
13  Its: _____
14
    ALTERNATIVE METHOD re: RULE 9021:
15
    In accordance with Local Rule 9021, the undersigned certifies:
16
17  _____ The court waived the requirements of LR 9021
    _____ This is a Chapter 7 or 13 case, and either with the motion, or at hearing, I
18          have delivered a copy of this proposed order to all counsel who appeared at
            the hearing, any unrepresented parties who appeared at the hearing, and each
19          has approved or disapproved the order, or failed to respond, as indicated
            below:
20  ___X___ This is a chapter 9, 11 or 15 case, and I have delivered a copy of this
            proposed order to all counsel who appeared at the hearing, and unrepresented
21          parties who appeared at the hearing, and each has approved or disapproved
            the order, or failed to respond, as indicated below:
22  _____ I certify that I have served a copy of this order with the motion, and no parties
            appeared or filed written objections.
23
24
                                        STEPHENS, GOURLEY & BYWATER
25
                                        Paula Timmons
26                                      Employee of Stephens, Gourley & Bywater
27                                              ###
28
                                          -3-
```